749 A.2d 367

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MARTEL JOHNSON, DEFENDANT–PETITIONER.

March 8, 2000.

ORDERED that the Order of January 19, 2000, 163 *N.J.* 12, 746 *A.2d* 458, is vacated; and it is further

ORDERED that the petition for certification from the judgment of the Appellate Division in A–773–98T4 is granted, limited to defendant's constitutional challenges to the No Early Release Act (N.J.S.A. 2C:43–7.2).